| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT TAYLOR WILLIAMS, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 9:23-CV-38
　　　　　　　　　　　　　　　§
CHRISTOPHER BURNS, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Taylor Williams filed this civil rights action pursuant to 42 U.S.C. § 1983 against Christopher Burns, Joshua Hammons, Dana Johnson, Eric Wigginton, and Kurtis Pharr.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On August 16, 2024, the magistrate judge recommended granting Defendant Kurtis Pharr's Motion to Dismiss. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#26) is **ADOPTED**. Defendant Kurtis Pharr's Motion to Dismiss (#22) is **GRANTED**, and Kurtis Pharr is **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 9th day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE